CAMP *et al. v.* KING.

REID, Chief Justice. This is a suit in equity to set aside and cancel a series of deeds to described realty, beginning with a security deed executed by the plaintiff to the Trust Company of Georgia and duly transferred by the latter to E. M. Chapman Sr., by whom it was foreclosed. Parties to subsequent deeds were made defendants, but neither the Trust Company of Georgia nor Chapman was so named. The judge overruled a demurrer raising this question of nonjoinder. This was error. Code, § 37-1004; *Brown* v. *Wilcox*, 147 *Ga.* 546 (94 S. E. 993); *Zeigler* v. *Arnett*, 142 *Ga.* 487 (83 S. E. 112); *Jackson* v. *Harrison*, 147 *Ga.* 631 (95 S. E. 215); *Hermann* v. *Mobley*, 172 *Ga.* 380 (158 S. E. 38); *Fordham* v. *Duggan*, 147 *Ga.* 610 (95 S. E. 3); *Taylor* v. *Colley*, 138 *Ga.* 41 (74 S. E. 694); *Reeves* v. *Tarnok*, 161 *Ga.* 838 (131 S. E. 891); *A., B. & A. Ry. Co.* v. *Smith*, 148 *Ga.* 282 (96 S. E. 562); *Warren County Fertilizer Co.* v. *Reese*, 156 *Ga.* 824 (120 S. E. 534).

The judge having erred in overruling this demurrer, and the defect pointed out by the demurrer not having been cured, the action should have been dismissed. *Swann* v. *Wright*, 176 *Ga.* 372, 375 (168 S. E. 11).

*Judgment reversed. All the Justices concur.*

No. 13775. OCTOBER 14, 1941.

*G. S. Peck,* for plaintiffs. *Noah J. Stone,* for defendant.